IN THE UNITED STATES EASTERN DISTRICT COURT
EASTERN DIVISION
STATE OF MISSOURI

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MARY L. CLIPPARD, | ) |
|     Plaintiff, | ) Cause No. 4:10CV2438JCH |
| | ) |
| Vs. | ) |
| | ) |
| VERIZON SERVICES OPERATIONS, | ) |
| INC. (previously designated GTE | ) |
| Midwest Incorporated d/b/a Verizon | ) |
| Midwest). | ) |
|     Defendant. | ) |
| | ) |

## FILING MEMO

Comes now, Plaintiff by and through her attorney and dismisses her claims against the defendants, Verizon Services Operations previously designed GTE Midwest Incorporated d/b/a/ Verizon Midwest with prejudice. Each party shall pay their own costs.

                                                                                                                                                                           _____
                                                                                                                                                             David C. Drury  #23334
                                                                                                                                                             Attorney for Plaintiff
                                                                                                                                                             10004 Bellefontaine Road
                                                                                                                                                             St. Louis, Missouri  63137
                                                                                                                                                             314-868-7460

cc:  Kevin Clark
     Attorney for the Defendant
     7912 Bonhomme Avenue, Suite 400
     Clayton, Mo. 63105

     Paul M. Rauschenbach
     Hahn, Enright & Hansen
     701 Market Street, Suite 450
     St. Louis, Missouri 63101