Z:\LOK_data\1379\001\Filing.Memo.wpd\KPC\mb

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY L. CLIPPARD, ) | |
| ) | Cause No.: 4:10-cv-2438 - JCH |
| Plaintiff, ) | |
| ) | Removed from 21st Circuit Court of the |
| ) | County of St. Louis, Missouri |
| v. ) | No.: 10SL-CC04317 |
| ) | |
| VERIZON SERVICES OPERATIONS, INC. ) | |
| (previously designated GTE Midwest ) | |
| Incorporated d/b/a Verizon Midwest), ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| K-MART CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

## FILING MEMO

COMES NOW, Defendant/Third-Party Plaintiff, Verizon Services Operations, Inc., by and through its attorneys, Beth C. Boggs, Kevin P. Clark, and Boggs, Avellino, Lach & Boggs, L.L.C., and hereby dismisses its claims against Third-Party Defendant, K-Mart Corporation, with prejudice. Each party shall bear their own costs.

Respectfully submitted,

**VERIZON SERVICES OPERATIONS, INC.**


By: /s/   Kevin P. Clark
    Beth C. Boggs, #43089
    Kevin P. Clark, #53811
    Boggs, Avellino, Lach & Boggs, L.L.C.
    7912 Bonhomme Ave., Ste. 400
    St. Louis, MO 63105
    (314) 726-2310 PHONE
    (314) 726-2360 FAX
    **Attorneys for Defendant**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF electronic filing system this _____ day of January, 2012, to:

Mr. David S. Drury, #23334
10004 Bellfontaine Road
St. Louis, MO 63137
(314) 868-7460
**Attorney for Plaintiff**

Mr. Paul M. Rauschenbach
701 Market St., Ste. 200
St. Louis, MO 63101
(314) 588-2274 Phone
(314) 436-0545 Fax
paul.rauschenbach@zurichna.com
**Attorney for Third-Party Defendant**
**K-Mart Corporation**

                                            /s/   Kevin P. Clark